UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

SIEMENS ENERGY, INC. and )
PROGRESSIVE RAIL, INC., )
)
)  Civil No. 3:15-cv-00018-GFVT-EBA
Plaintiffs, )
)
V. )
)
)  **JUDGMENT**
CSX TRANSPORTATION, INC., )
)
Defendant. )
)

\*\*\*  \*\*\*  \*\*\*  \*\*\*

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and in accordance with the

Memorandum Opinion and Order entered March 10, 2020 [R. 110], it is hereby **ORDERED** and

**ADJUDGED** as follows:

1.  Judgment is entered in favor of the Defendant with respect to all issues raised in this

proceeding;

2.  This action is **DISMISSED** and **STRICKEN** from the Court's active docket; and

3.  This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This the 11th day of March, 2020.

Gregory F. Van Tatenhove
United States District Judge